NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| In the Interest of A.A.G., A.G.G., and B.T.G., children. | ) ) ) |
| | ) |
| J.G. and K.C., | ) ) |
| Appellants, | ) ) |
| v. | ) Case No. 2D18-3136 |
| | ) |
| DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM PROGRAM, | ) ) ) ) |
| | ) |
| Appellees. | ) ) |

Opinion filed February 1, 2019.

Appeal from the Circuit Court for Pinellas County; James V. Pierce, Acting Circuit Judge.

John A. Shahan, Tarpon Springs, for Appellants.

Bernie McCabe, State Attorney, and Leslie M. Layne, Assistant State Attorney, Clearwater, for Appellee Department of Children and Families.

Thomasina Moore, Statewide Director of Appeals, and Laura J. Lee, Appellate Counsel, Guardian ad Litem Program, Tallahassee; and David A. Davis, Defending Best Interests Project, Tallahassee, for Appellee Guardian ad Litem Program.

PER CURIAM.

Affirmed.

NORTHCUTT, CASANUEVA, and SALARIO, JJ., Concur.